FILED
CLERK, U.S. DISTRICT COURT
11/4/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANA DOMINGUEZ,<br>Defendant. | No. 2:26-cr-00718-CV<br>I N D I C T M E N T<br>[18 U.S.C. § 1015(a): False Claim to United States Citizenship] |

The Grand Jury charges:

[18 U.S.C. § 1015(a)]

On or about March 6, 2026, in Los Angeles County, within the Central District of California, defendant ANA DOMINGUEZ, did knowingly make false statements under oath in a matter relating to naturalization and citizenship on Form N-400, Application for Naturalization, in that she declared under penalty of perjury that she had never claimed to be a United States citizen in any way, and that she never registered to vote in any Federal, state, or local election in the United States, which she then and there knew was false, in that, in truth and in fact, on July 30, 2006, she

registered to vote in the State of California falsely declaring under oath that she was a United States citizen; all in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

/S/

Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

*Michael G. Wheat*

MICHAEL G. WHEAT
MINJAE KIM
Assistant United States Attorneys
Orange County Office